# EXHIBIT A

**<u>Additional Game Tracking Apps</u>**

**(1) Palace Pets in Whisker Haven**

      A Disney app in which users can groom, bathe, accessorize, play with, and learn about different pets.  The app description in the Google Play store states: "Go on ALL-NEW magical adventures with your favorite Palace Pets! Treasure just loves to play ball.  Pumpkin adores her new crown.  Berry can't wait for her healthy snack.  Petite needs a good bath.  Sultan wants a playdate with friends at his Jungle Gym.  And before you know it, it's time for Dreamy's nap!  Playtime never ends in Whisker Haven!"

      In the Google app store, Palace Pets in Whisker Haven is rated "E" for "Everyone."



**(2) Disney Crossy Road**

A Disney app in which users can play as one of more than one hundred different Disney and Pixar characters attempting to dodge its way through different obstacles.  The app description in the Google Play store states: "Tap and swipe your way to record-setting number of steps with 100+ Disney and Pixar figurines while dodging crazy and unexpected obstacles in the 8-bit worlds of Toy Story, Zootopia, The Lion King, The Haunted Mansion, Tangled, Wreck-It Ralph, and more."

In the Google app store, Disney Crossy Road is rated as "E" for "Everyone."



**(3) Disney Emoji Blitz**

  A Disney app in which users can "collect and play with hundreds of Disney and Pixar emojis!"  The app description in the Google Play store states: "BATTLE MALEFICENT- THE DARK FAIRY!  Win fabulously evil Maleficent emojis during the limited-time Villain Event! … Match.  Collect. Emote!  Collect and play with hundreds of Disney and Pixar emojis like never before in an exciting matching game!"

  In the Google app store, Emoji Blitz is rated as "E" for "Everyone."



**(4) Disney Dream Treats**

A Disney app in which users drag their finger to match treats to serve to their customers.  The app description in the Google Play store states: "Discover 480 levels of addictive treat-matching magic!  Help Mickey, Minnie, Ariel, Belle, Buzz Lightyear, Jack Skellington and more of your favorite Disney characters to serve up mouth-watering goodies to hungry guests.  Tour restaurants in Disney Parks and Resorts around the world, match crazy combinations, and become the sweetest server ever."

In the Google app store, Disney Dream Treats is rated as "E" for "Everyone."



**(5) Inside Out Thought Bubbles**

A Disney app in which users shoot and match memory balls using their finger to direct where the next memory ball launches.  The app description in the Google Play store states: "Join Riley's Emotions on a journey to match, sort, and burst memory bubbles as you travel through unique locations inspired by the film – Family Island, Dream Productions, Boy Band Island, Imagination Land, Train Yard, and more!  Play this bubble shooter that twists the puzzle genre inside out!"

In the Google app store, Inside Out Bubble Thoughts is rated as "E" for "Everyone."



**(6) Frozen Free Fall**

A Disney app in which users solve puzzles using ice crystals.  The app description in the Google Play store states: "Get ready for an epic puzzle matching adventure in the Kingdom of Arendelle, inspired by Disney's Frozen! Join Anna, Elsa, Olaf and more of your favorite characters on a journey to slide and match hundreds of icy puzzles for FREE!"

In the Google app store, Frozen Free Fall is rated "E" for "Everyone."



**(7) Where's My Mickey? Free**

     A Disney app in which users attempt to guide water to Mickey, so that he can complete his tasks.  The app description in the Google Play store states: "Where's My Mickey? introduces a whole new word of life-like physics-based gameplay with stimulating weather mechanics and humorous animations. Immerse yourself in the ultimate mobile gaming experience as you watch funny episodes while solving challenging puzzles!"

     In the Google app store, Where's My Mickey? Free is rated as "E" for "Everyone."



**(8) Where's My Water? Free/Where's My Water? Lite**

A Disney app in which users attempt to guide water to Swampy's broken shower.  The app description in the Google Play store states: "Each level is a challenging physics-based puzzle with amazing life-like mechanics.  Cut through dirt and guide fresh water, dirty water, toxic water, steam, and ooze through increasingly challenging scenarios!  Every drop counts!"

In the Google app store, Where's My Water? Free is rated as "E" for "Everyone."



**(9) Color by Disney**

A Disney app in which users can use their fingers to color Disney characters.  The app description in the Google Play store states: "Color by Disney includes your favorite Disney & Pixar characters from Frozen, The Lion King, Monsters Inc., Snow White and more!"

In the Google app store, Color by Disney is rated "E" for "Everyone."



**(10)**      **Disney GIF**

A Disney app in which users can use different Disney scenes to create GIFs.  The app description in the Google Play store states: "Express yourself in a whole new way with Disney GIF! Whether you're feeling happy, sassy, villainous or magical, there's no better way to show how you feel than with your favorite characters and moments."

In the Google app store, Disney GIF is rated "E" for "Everyone."



**(11)**      **Where's My Water? 2**

A Disney app in which users attempt to guide water to Swampy's broken shower.  The app description in the Google Play store states: "Where's My Water? 2 launches with three brand new locations including the Sewer, the Soap Factory, the Beach. Best of all, the puzzles are all free!  Cut through dirt, and guide fresh water, purple water, and steam to help Swampy and his friends!"

In the Google app store, Where's My Water? 2 is rated as "E" for "Everyone."



**(12)      Disney LOL**

A Disney app in which users can use different Disney scenes to create GIFs, jokes, and clips.  The app description on the Google Play store states: "Bring on the fun!  Bring on the weird!  Bring on the LOLs!  Put your hands up for a brand new app jammed with GIFs, clips, jokes and more."

In the Google app store, Disney LOL is rated "E" for "Everyone."



**(13)       Maleficent Free Fall**

A Disney app in which users switch enchanted gemstones to match them and clear the board.  The app description in the Google Play store states: "From the creators of Disney's #1 hit game Frozen Free Fall comes an all-new match 3 puzzle-adventure, Maleficent Free Fall! Inspired by Disney's epic live-action film Maleficent, you'll embark on a spectacular journey with exciting and challenging objectives like you have never seen"

In the Google app store, Maleficent Free Fall is rated "E" for "Everyone."



(14)    **Temple Run: Brave**

A Disney app in which users guide a character as he dodges and jumps over different obstacles.  The app description in the Google Play store states: "From Imanji, the makers of Temple Run, and Disney comes a new take on the most exhilarating app.  Join Merida from Disney/Pixar Brave as you run, slide, jump, turn and shoot your way across the wilds of Scotland on an endless running adventure!"

In the Google app store, Temple Run: Brave is rated "E" for "Everyone."



**(15)      Zootopia Crime Files**

A Disney app in which users follow clues from different crime scenes in an attempt to find the culprit.  The app description in the Google Play store states: "Partner up with ZPD officers Judy Hopps and Nick Wilde and unleash your crime solving skills in this wildly fun puzzle game!  Sniff out crime scenes, discover clues, and analyze evidence to restore paw and order to Zootopia!"

In the Google app store, Zootopia Crime Files is rated "E" for "Everyone."



(16)     **DuckTales: Remastered**

A Disney app in which users play as characters from Duck Tales as they travel across the world to discover hidden treasures.  The app description in the Google Play store states: "Join Scrooge McDuck in an epic adventure across the world to discover to five Legendary Treasures!  Embark on a journey to the Himalayas, Amazon, Transylvania, African mines, and Moon using Scrooge's secret map.  But watch out for the evil sorceress Magica De Spell and notorious Beagle Boys – they're on a quest to steal Scrooge's fortune and will stop at nothing."

In the Google app store, DuckTales: Remastered is rated "E" for "Everyone."



**(17)**      **Beauty and the Beast**

A Disney app in which users solve puzzles and decorate the castle.  The app description in the Google Play store states: "Be our guest in an all-new magical puzzle game Beauty and the Beast:  Perfect Match!  Join Belle, Beast, and the castle staff as you solve match-3 puzzles, decorate the Beast's Castle, and experience a tale as old as time like never before."

In the Google app store, Beauty and the Beast is rated "E" for "Everyone."



(18)    **Dodo Pop**

A Disney app in which users strategically pop color-matched gumballs to eliminate as many as possible.  The app description in the Google Play store states: "MATCH & COLLECT gumballs on an island-hopping puzzle adventure and help Crash the dodo bird fly his way home!  Gumballs are raining from the sky and have piled up everywhere.  Tap groups of matching colors to feed them to Crash."

In the Google app store, Dodo Pop is rated "E" for "Everyone."



(19)      **Club Penguin Island**

A Disney app in which users join a community of other penguins played by other users and complete adventures, tasks, and communicate with other penguins.  The app description in the Google Play store states: "Run, jump, swim, and dive in three world zones!  Make friends, emoji or quick chat with anyone, complete an adventure with Aunt Arctic and Rockhopper, discover 10+ different collectibles, level up, find hidden treasure chests, complete two different challenges every day, join a dance party, kick beach balls, bounce on the trampoline, launch yourself into the air on water geysers, lounge in chairs, fire yourself out of cannons, throw snowballs… and more!"

In the Google app store, Club Penguin Island is rated "E" for "Everyone."



(20)        **Frozen Free Fall: Icy Shot**

A Disney app in which users shoot snowballs in an attempt to break ice blocks and move to the next level.  The app description in the Google Play store states: "Join Queen Elsa, Anna, Olaf and a few mischievous Snowgies on a whimsical journey!  Shoot snowballs with ice magic, earn unique boosters and discover special surprises around every turn.  For the first time in forever, you can enjoy Frozen like never before!"

In the Google app store, Frozen Free Fall: Icy Shot is rated as "E" for "Everyone."



(21)    **Star Wars: Puzzle Droids**

A Disney app in which users embark on a puzzle adventure while exploring different parts of the galaxy.  The app description in the Google Play store states: "Explore the galaxy with your favorite droids to experience the Star Wars saga like never before in a brand new match-3 adventure.  Tap into the memories of BB-8 and R2-D2 more for an epic retelling of the Star Wars saga from their unique perspective."

In the Google app sore, Star Wars: Puzzle Droids is rated "E" for "Everyone."



**(22)**         **Where's My Water?**

A Disney app in which users attempt to guide water to Swampy's broken shower.  The app description in the Google Play store states: "Help Swampy by guiding water to his broken shower.  Each level is a challenging physics-based puzzle with amazing life-like mechanics.  Cut through dirt to guide fresh water, dirty water, toxic water, steam, and ooze through increasingly challenging scenarios!  Every drop counts!"

In the Google app store, Where's My Water? is rated "E" for "Everyone."



(23)     **Temple Run: OZ**

A Disney app in which users guide a character dodging and jumping over different obstacles.  The app description in the Google Play store states: "Disney and Imangi Studios present Temple Run: Oz – a brand-new endless runner inspired by Temple Run 2 and the film Oz and outrun the shrieking flying baboons as you turn, jump, and slide your way across the land.  Begin your exhilarating adventure now and see how far you can run!"

In the Google app store, Temple Run: Oz is rated "E" for "Everyone."



**(24)**      **Star Wars: Commander**

A Disney app in which users create their own base and build it up in order to attack other worlds throughout the galaxy.  The app description in the Google Play store states: "Battle with or against iconic characters like Darth Vader, Luke Skywalker, Han Solo, and Princess Leia, and utilize or destroy units like AT-ATs, Speeder Bikes, Wookie Warriors, and Stormtroopers.  Join millions around the globe to play in this epic combat strategy game.  Commander, the fate of the galaxy is in your hands.

In the Google app store, Star Wars: Commander is rated "E 10+" for "Everyone 10+."



**(25)     Disney Store Become**

A Disney app in which users can insert their phones into a special Disney hoodie and become a Disney character with motion-activated animations, sounds, effects, and more.  The app description in the Google Play store states: "Now is your chance to live the dream (and your favorite scene).  Fashion and technology joined forces to create this epic experience.  Just download the Disney Store Become app, activate it, and insert your phone into the designated area on the hoodie, and let the adventure begin!  Tap the screen to "become" the character with motion-activated animation, sound effects and more.

In the Google app store, Disney Store Become is rated "E" for "Everyone."



(26)        **AvengersNet**

A Disney app in which users can connect their Playmation Devices and use them in conjunction with the app to help the Avenger's defeat Ultron's forces. The app description in the Google Play store states: "Marvel's Avengers need your help!  Ultron and his army are determined to destroy the earth with help from powerful villains like Loki and Iron Skull.  Connect your Playmation gear to the AvengersNet app – your direct link to Avengers Headquarters.  Track your battle stats, access special missions, and check in with Avengers like Captain America, Iron Man and more.  Wherever your real-life adventures take you, stay connected to the Avenger Labs and help defeat Ultron."

In the Google app store, AvengersNet is rated "E" for "Everyone."



**(27)      Disney Princess: Story Theater**

A Disney app in which users create their own Disney story using props given to them.  The app description in the Google Play store states: "Your favorite Disney Princesses are taking centerstage in a brand-new story – created by YOU! Make your own animated movie starring Cinderella, Ariel, Belle, and some of their very best friends.  Choose your setting, characters, props, and actions – then record your voice to bring your magical tale to life."

In the Google app store, Disney Princess: Story Theater is rated "E" for "Everyone."



(28)      **Disney Color and Play**

A Disney app in which users can color their favorite Disney characters and bring them to life in fully-animated worlds.  The app description in the Google Play store states: "Create, color, play, animate like never before!  Disney Color and Play features fan favorites such as Cars 3, Mickey and the Roadster Racers, Minnie's Happy Helpers, Puppy Dog Pals, Frozen, Finding Dory, Elena of Avalor, Inside Out, Doc McStuffins, Sofia the First, Mickey Mouse Clubhouse, Big Hero 6, Palace Pets in Whisker Haven, The Good Dinosaur, The Lion Guard, Miles from Tomorrowland, Finding Dory, and the beloved Disney Princesses!"

In the Google app store, Disney Color and Play is rated "E" for "Everyone."



**(29)**     **Disney's Magic Timer by Oral-B**

A Disney app in which users can pick their Crest or Oral-B product and choose a relevant Disney character that will encourage the user to brush their teeth for a full two minutes.  The app description in the Google Play store states: "Now featuring twenty-three of your favorite Disney, Marvel and Star Wars characters, use this app to seamlessly encourage your kids to brush longer. Collect a new digital sticker after each successful two minutes of brushing; track progress with stars and milestone badges on the Brushing Calendar."

In the Google app store, Disney's Magic Timer is rated "E" for "Everyone."



**(30)**        **Disney Jigsaw Puzzle!**

A Disney app in which users can attempt to solve hundreds of different Disney-themed jigsaw puzzles.  The app description in the Google Play store states: "Now puzzlers who love Disney can choose from hundreds of Disney Jigsaw puzzles – from Frozen to Inside Out, Disney Princess to Live Action Jungle book, Disneynature to Disney Classic Movies!  Scale the challenge to fit all ages and levels!"

In the Google app store, Disney Jigsaw Puzzle! Is rated "E" for "Everyone."



**(31)**       **Disney Story Central**

A Disney app in which users can browse through hundreds of Disney and

Pixar e-books based on their favorite characters, shows and movies.  The app

description in the Google Play store states: "Parents and children aged 3-7 alike

will enjoy reading interactive ebooks together as a family, or allow your child to

independently discover stories they will love.  Disney Story Central's extensive

library allows children to ignite their imaginations as they journey through portals

of storytelling, nostalgia, promise, and delight that only the magic of Disney can

offer."

In the Google app store, Disney Story Central is rated "E" for "Everyone."



31

**(32)** **Sofia the First Secret Library**

A Disney app in which users complete tasks to help Sofia unlock new stories and finish them. The app description in the Google Play store states: "Adventure to exciting kingdoms beyond Enchancia as you help Sofia finish exclusive magical stories from the all-NEW Secret Library!"

In the Google app store, Sofia the First Secret Library is rated "E" for "Everyone."



**(33)**     **Olaf's Adventures**

A Disney app in which users experience Olaf's world and play different games inspired by Disney's hit movie, Frozen.  The app description in the Google Play store states: "Now you can save Anna's Birthday cake from a parade of hungry snowgies in the all-new "Frozen Fever" game in Olaf's Adventures!  And then, adventure through Winter, Spring and Summer Frozen fun as you skate, fly, play ice hockey, beach dodge ball, discover countless hidden treasures and more!"

In the Google app store, Olaf's Adventures is rated "E" for "Everyone."



**(34)**      **The Lion Guard**

A Disney app in which users play as Kion, race through different locations collecting coins, and complete missions.  The app description in the Google Play store states: "ROAR!  Inspired by the all-new Disney Junior series, join Kion and the Lion Guard on an action packed adventure to protect the Pride Lands!"

In the Google app store, The Lion Guard is rated "E" for "Everyone."



(35)      **Miles from Tomorrowland**

A Disney app in which users play as Miles and race through different levels while collecting rocks and dodging asteroids.  The app description in the Google Play store states: "Get ready to take your space adventure to the next level as you outrun tidal waves and escape the Flickorax with Miles Castillo and his robo-ostrich best friend, Merc, from the new Disney Junior series, 'Miles from Tomorrowland!'  Journey with Miles on rescue missions, and use cool tools and tricks to dodge asteroids, collect rare space rocks, and turbo boost your way through the ballistic deep-space race!"

In the Google app store, Miles from Tomorrowland is rated "E" for "Everyone."



(36)        **Princess: Charmed Adventures**

A Disney app in which users can decorate different Disney Princess'

charm bracelets.  The app description in the Google Play store states: "Play as

your favorite Disney Princesses- Rapunzel, Belle, Ariel, and Tiana – as you

adventure beyond the castle walls! Explore your kingdom, play games, and help

your friends.  Along the way you'll collect beautiful charms and build amazing

bracelets to celebrate your journey.  It all starts with a dream!"

In the Google app store, Princess: Charmed Adventures is rated "E" for

"Everyone."



**(37)       Toy Story: Story Theater**

A Disney app in which users create their own Disney story using props given to them.  The app description in the Google Play store states: "The toys are back in all new adventure – created by YOU!  Make your very own animated movie starring Buzz, Woody, Jessie, and the gang.  Choose your setting, characters, props, and actions – then record your voice to bring it to life.  Simple puppet theater tools make it easy and fun to imagine and play.  With Toy Story: Story Theater even little storytellers can share their great big ideas, again and again."

In the Google app store, Toy Story: Story Theater is rated "E" for "Everyone."



**(38)**      **Good Dinosaur: Storybook Deluxe**

A Disney app in which users play games and read along with interactive animations of Arlo's adventures.  The app description in the Google Play store states: "Take an epic journey through this interactive re-telling of the new Disney Pixar feature film, THE GOOD DINOSAUR!"

In the Google app store, Goof Dinosaur: Storybook Deluxe is rated "E" for "Everyone."



(39)      **Disney Build It: Frozen**

A Disney app in which users can create any version of Arendelle they can

dream up.  The app description in the Google Play store states: "Join all your

friends from FROZEN to build your very own version of Arendelle and let your

imagination run wild!"

In the Google app store, Disney Build It: Frozen is rated "E" for

"Everyone."



**(40)**        **Sofia the First Color and Play**

A Disney app in which users can color Sofia and bring her and her other furniture to life in fully animated worlds. The app description in the Google Play store states: "Let your imagination take over as you paint everything in Sofia's Royal Bedroom and Cedric's Lab, even Sofia and Clover.  Then, watch it all come to life in amazing 3D!  Customize your textures with the in-app camera, and let your inner artist shine in this magical 3D coloring experience."

In the Google app store, Sofia the First Color and Play is rated "E" for "Everyone."



**(41)       Cars: Lightening League**

A Disney app in which users can play as Lightening McQueen and race through different levels collecting coins.  The app description in the Google Play store states: 'Blindsided by a new generation of blazing-fast racer, the legendary Lightning McQueen is suddenly pushed out of the sport he loves.  To get back in the game, help train the Piston Cup champ in iconic film locations he prepares for a speedy comeback in this all-new game inspired by Disney Pixar's "Cars 3." Race fast, race smart, and prove to the world that it's not over until lightning strikes!'

In the Google app store, Cars: Lightening League is rated "E" for "everyone."



**(42)      Moana Island Life**

A Disney app in which users create their own island and complete different tasks to unlock new rewards.  The app description in the Google Play store states: "The ocean called you!  Create your own magical paradise inspired by Disney's newest animated film Moana.  Join Moana, Maui, and more to create and customize your island, complete quests to earn rewards, and discover the islands of Oceania.  Your island adventure awaits!"

In the Google app store, Moana Island Life is rated "E" for "Everyone."

