UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Amanda Rushing, et al.   )
                         )  Case No: 3:17-cv-04419-JD
         Plaintiff(s),   )
                         )  **APPLICATION FOR**
     v.                  )  **ADMISSION OF ATTORNEY**
                         )  **PRO HAC VICE**
The Walt Disney Company, et al.  )  (CIVIL LOCAL RULE 11-3)
                         )
         Defendant(s).   )

I, John Carlos Vazquez, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: comScore, Inc. and Full Circle Studies, Inc. in the above-entitled action. My local co-counsel in this case is Celeste M. Brecht, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Venable LLP, 1270 Avenue of the Americas, 24th Floor<br>New York, NY 10020 | Venable LLP, 2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD:<br>(212) 370-6293 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 229-9900 |
| MY EMAIL ADDRESS OF RECORD:<br>JCVazquez@Venable.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>CMBrecht@Venable.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5094636.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated:   October 8, 2018                    /s/ John Carlos Vazquez
                                                APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of John Carlos Vazquez is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE