| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | MATTHEW D. BROWN (196972) (brownmd@cooley.com) |
|   | BENJAMIN H. KLEINE (257225) (bkleine@cooley.com) |
| 3 | AMY M. SMITH (287813) (amsmith@cooley.com) |
|   | CAMERON J. CLARK (313039) (cclark@cooley.com) |
| 4 | 101 California Street, 5th Floor |
|   | San Francisco, CA  94111-5800 |
| 5 | Telephone:    (415) 693-2000 |
|   | Facsimile:    (415) 693-2222 |
| 6 | |
|   | Attorneys for Defendant |
| 7 | UPSIGHT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMANDA RUSHING, and her child, L.L., on behalf of themselves and all others similarly situated, | Case No. 3:17-cv-4419-JD |
| Plaintiffs, | **NOTICE OF CHANGE IN COUNSEL** |
| v. | Judge: Hon. James Donato |
| THE WALT DISNEY COMPANY; DISNEY ENTERPRISES, INC.; DISNEY ELECTRONIC CONTENT, INC.; UPSIGHT, INC.; UNITY TECHNOLOGIES SF; and KOCHAVA, INC., | Trial Date: Not yet set |
| Defendants. | |

**TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that Defendant Upsight, Inc. ("Upsight") files this Notice of Change in Counsel to notify the Court that Kelly E. Fabian has withdrawn as attorney of record for Upsight in the above-captioned matter. Kelley E. Fabian is no longer employed at Cooley LLP as of August 1, 2019. Cooley LLP will continue to represent Upsight in the above-captioned matter.

Please continue to serve all pleadings, orders, notices, discovery, and other documents on the following counsel:

Matthew D. Brown
Benjamin H. Kleine
Amy M. Smith
Cameron J. Clark
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Fax: (415) 693-2222
Email: brownmd@cooley.com
       bkleine@cooley.com
       amsmith@cooley.com
       cclark@cooley.com

Dated:   August 5, 2019            COOLEY LLP


                                   /s/  Matthew D. Brown
                                   Matthew D. Brown (196972)

                                   Attorneys for Defendant
                                   UPSIGHT, INC.

209185249

1.

NOTICE OF CHANGE IN COUNSEL
CASE NO. 3:17-CV-4419-JD