James G. Snell, Bar No. 173070
JSnell@perkinscoie.com
Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
Anna C. Mourlam, Bar No. 312015
AMourlam@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Defendants
Twitter, Inc. and MoPub, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA RUSHING, *et al*.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE WALT DISNEY COMPANY, *et al*.<br><br>　　　　　Defendants. | Case No. 3:17-cv-04419-JD<br><br>**STIPULATION AND [PROPOSED] ORDER BINDING TWITTER, INC. AND MOPUB, INC. BY STIPULATED PROTECTIVE ORDER REGARDING THE DISCLOSURE AND USE OF DISCOVERY MATERIALS** |

Pursuant to Civil Local Rule 7-12, it is hereby stipulated between and among Plaintiffs Amanda Rushing, Ashley Supernault, Julie Remold, and Ted Poon ("Plaintiffs"), on the one hand, and Defendants Twitter, Inc. and MoPub, Inc. ("Twitter") (collectively, the "Parties"), on the other hand, as follows:

WHEREAS, on January 18, 2018, the Court approved a Stipulated Protective Order Regarding the Disclosure and Use of Discovery Materials (the "Stipulated Protective Order") for use in the above-captioned action, except to the extent the Stipulated Protective Order conflicts with the Court's standing orders (*Michael McDonald, et al., v. Kiloo ApS, et al.*, Case No. 3:17-cv-04344-JD, Dkt. 129);

WHEREAS, Twitter was subsequently added to this case on June 12, 2018 (Dkt. 88);

WHEREAS, Twitter is not a signatory to the Stipulated Protective Order because Twitter was not a defendant in the case at the time the Stipulated Protective Order was entered;

WHEREAS, the Parties have agreed that the Stipulated Protective Order should apply to Twitter; and

WHEREAS, Twitter agrees to be bound by the Stipulated Protective Order and abide by its terms, except to the extent it conflicts with the Court's standing orders.

NOW THEREFORE, good cause having been shown, the Parties hereby stipulate and agree that Twitter shall be bound by the terms of the Stipulated Protective Order, except to the extent it conflicts with the Court's standing orders.

DATED:  August 22, 2019

**PERKINS COIE LLP**

By:/s/ Julie E. Schwartz
    Julie E. Schwartz, Bar No. 260624
    JSchwartz@perkinscoie.com

Attorney for Defendants
Twitter, Inc. and MoPub, Inc.


By:  /s/ Michael W. Sobol
    Michael W. Sobol (Bar No. 194857)
    Facundo Bouzat (Bar. No. 316957)
    LIEFF CABRASER HEIMANN &
    BERNSTEIN, LLP
    275 Battery Street, 29th Floor
    San Francisco, CA 94111-3339
    Telephone: + 1 (415) 956-1000
    Facsimile: + 1 (415) 956-1008
    Email: msobol@lchb.com
    Email: fbouzat@lchb.com

Nicholas Diamand
Douglas I. Cuthbertson
Sean Petterson
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: + 1 (212) 355-9500
Facsimile: + 1 (212) 355-9592
Email: ndiamand@lchb.com
Email: dcuthbertson@lchb.com
Email: spetterson@lchb.com

Hank Bates
Allen Carney
David Slade
CARNEY BATES & PULLIAM, PLLC
519 West 7th Street
Little Rock, AR 72201
Telephone: + 1 (501) 312-8500
Facsimile: + 1 (501) 312-8505
Email: hbates@cbplaw.com
Email: acarney@cbplaw.com
Email: dslade@cbplaw.com

Attorneys for Plaintiffs

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Julie E. Schwartz, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

DATED:  August 22, 2019                         s/ Julie E. Schwartz
                                                Julie E. Schwartz

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____

_____
THE HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE