**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Michael K. Sheen (SBN 288284)
msheen@lchb.com
Facundo Bouzat (SBN 316957)
fbouzat@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Nicholas Diamand
ndiamand@lchb.com
Douglas I. Cuthbertson
dcuthbertson@lchb.com
Sean Petterson
spetterson@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:  212.355.9592

**CARNEY BATES & PULLIAM, PLLC**
Hank Bates (SBN 167688)
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
519 West 7th St.
Little Rock, AR 72201
Telephone:  501.312.8500
Facsimile:  501.312.8505

*Attorneys for Plaintiffs individually and on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMANDA RUSHING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE WALT DISNEY COMPANY, et al., <br><br> Defendants. | Case No. 3:17-cv-04419-JD <br><br> **JOINT NOTICE OF SETTLEMENT OF PLAINTIFFS AND DEFENDANT UNITY TECHNOLOGIES SF** |

PLEASE TAKE NOTICE that on February 6, 2020, Plaintiffs and Defendant Unity Technologies SF ("Unity"), after a full-day mediation with Magistrate Judge Jay Gandhi (Ret.), executed a term sheet for the settlement of all of Plaintiffs' claims against Unity. Plaintiffs and Unity are working on finalizing settlement documentation forthwith.

| | | |
|---|---|---|
| 1 | Dated: February 7, 2020 | Respectfully Submitted, |
| 2 | | |
| 3 | | /s/ Michael W. Sobol |
| 4 | | Michael W. Sobol (SBN 194857) |
| | | msobol@lchb.com |
| 5 | | Michael K. Sheen (SBN 288284) |
| | | msheen@lchb.com |
| 6 | | Facundo Bouzat (SBN 316957) |
| | | fbouzat@lchb.com |
| 7 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | | 275 Battery Street, 29th Floor |
| 8 | | San Francisco, CA 94111-3339 |
| | | Telephone: 415.956.1000 |
| 9 | | Facsimile: 415.956.1008 |
| 10 | | Nicholas Diamand |
| | | ndiamand@lchb.com |
| 11 | | Douglas I. Cuthbertson |
| | | dcuthbertson@lchb.com |
| 12 | | Sean Petterson |
| | | spetterson@lchb.com |
| 13 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | | 250 Hudson Street, 8th Floor |
| 14 | | New York, NY 10013-1413 |
| | | Telephone: 212.355.9500 |
| 15 | | Facsimile: 212.355.9592 |
| 16 | | Hank Bates (State Bar No. 167688) |
| | | hbates@cbplaw.com |
| 17 | | Allen Carney |
| | | acarney@cbplaw.com |
| 18 | | David Slade |
| | | dslade@cbplaw.com |
| 19 | | CARNEY BATES & PULLIAM, PLLC |
| | | 519 W. 7th St. |
| 20 | | Little Rock, AR 72201 |
| | | Telephone: 501.312.8500 |
| 21 | | Facsimile: 501.312.8505 |
| 22 | | *Attorneys for Plaintiffs and the Proposed Classes* |

| | | |
|---|---|---|
| 1 | Dated: February 7, 2020 | */s/ Sylvia Rivera* |
| 2 | | David F. McDowell (SBN 125806) |
| | | Sylvia Rivera (SBN 223203) |
| 3 | | Purvi G. Patel (SBN 270702) |
| | | Rommy L. Flores (CA SBN 298770) |
| 4 | | Neil S. Tyler (CA SBN 301719) |
| | | MORRISON & FOERSTER LLP |
| 5 | | 707 Wilshire Boulevard |
| | | Los Angeles, CA 90017-3543 |
| 6 | | Telephone: (213) 892-5200 |
| | | Facsimile: (213) 892-5454 |
| 7 | | Email: DMcDowell@mofo.com |
| | | Email: srivera@mofo.com |
| 8 | | Email: PPatel@mofo.com |
| | | Email: rommyflores@mofo.com |
| 9 | | Email: ntyler@mofo.com |

Julie O'Neill (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue N.W.
Washington D.C. 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0736
Email: JONeill@mofo.com

*Attorneys for Defendant Unity Technologies SF*

# **ATTESTATION**

I, Michael W. Sobol, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 7, 2020      By:  */s/ Michael W. Sobol*
                                          Michael W. Sobol