**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Michael K. Sheen (SBN 288284)
msheen@lchb.com
Facundo Bouzat (SBN 316957)
fbouzat@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

**CARNEY BATES & PULLIAM, PLLC**
Hank Bates (SBN 167688)
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
519 West 7th St.
Little Rock, AR 72201
Telephone:  501.312.8500
Facsimile:  501.312.8505

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Nicholas Diamand
ndiamand@lchb.com
Douglas I. Cuthbertson
dcuthbertson@lchb.com
Sean Petterson
spetterson@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:  212.355.9592

*Attorneys for Plaintiffs individually and on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMANDA RUSHING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>Defendants. | Case No. 3:17-cv-04419-JD<br><br>**JOINT NOTICE OF SETTLEMENT OF PLAINTIFFS AND DEFENDANT UPSIGHT, INC.** |

PLEASE TAKE NOTICE that on February 6, 2020, Plaintiffs and Defendant Upsight, Inc. ("Upsight"), after two full days of mediation with Magistrate Judge Jay Gandhi (Ret.), executed a term sheet for the settlement of all of Plaintiffs' claims against Upsight. Plaintiffs and Upsight are working on finalizing settlement documentation forthwith.

| | |
|---|---|
| Dated: February 10, 2020 | Respectfully Submitted,<br><br>  /s/ Michael W. Sobol  <br><br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Michael K. Sheen (SBN 288284)<br>msheen@lchb.com<br>Facundo Bouzat  (SBN 316957)<br>fbouzat@lchb.com<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339<br>Telephone:  415.956.1000<br>Facsimile:  415.956.1008<br><br>Nicholas Diamand<br>ndiamand@lchb.com<br>Douglas I. Cuthbertson<br>dcuthbertson@lchb.com<br>Sean Petterson<br>spetterson@lchb.com<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, NY  10013-1413<br>Telephone:  212.355.9500<br>Facsimile:  212.355.9592<br><br>Hank Bates (State Bar No. 167688)<br>hbates@cbplaw.com<br>Allen Carney<br>acarney@cbplaw.com<br>David Slade<br>dslade@cbplaw.com<br>CARNEY BATES & PULLIAM, PLLC<br>519 W. 7th St.<br>Little Rock, AR 72201<br>Telephone:  501.312.8500<br>Facsimile:  501.312.8505<br><br>*Attorneys for Plaintiffs and the Proposed Classes* |

| | | |
|---|---|---|
| 1 | Dated: February 10, 2020 | */s/ Matthew D. Brown* |

Matthew D. Brown (SBN 196972)
Benjamin H. Kleine (SBN 257225)
Amy M. Smith (SBN 287813)
Cameron J. Clark (SBN 313039)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: brownmd@cooley.com
Email: bkleine@cooley.com
Email: amsmith@cooley.com
Email: cclark@cooley.com

*Attorneys for Defendant Upsight, Inc.*

## **ATTESTATION**

I, Michael W. Sobol, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 10, 2020    By:  */s/ Michael W. Sobol*
                                  Michael W. Sobol