| | |
|---|---|
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Michael K. Sheen (SBN 288284)<br>msheen@lchb.com<br>Facundo Bouzat (SBN 316957)<br>fbouzat@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339<br>Telephone:  415.956.1000<br>Facsimile:  415.956.1008 | **CARNEY BATES & PULLIAM, PLLC**<br>Hank Bates (SBN 167688)<br>hbates@cbplaw.com<br>Allen Carney<br>acarney@cbplaw.com<br>David Slade<br>dslade@cbplaw.com<br>519 West 7th St.<br>Little Rock, AR 72201<br>Telephone:  501.312.8500<br>Facsimile:  501.312.8505 |

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Nicholas Diamand
ndiamand@lchb.com
Douglas I. Cuthbertson
dcuthbertson@lchb.com
Sean Petterson
spetterson@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:  212.355.9592

*Attorneys for Plaintiffs individually and on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMANDA RUSHING, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>            Defendants. | Case No. 3:17-cv-04419-JD<br><br>**JOINT NOTICE OF SETTLEMENT OF PLAINTIFFS AND DEFENDANTS COMSCORE, INC. AND FULL CIRCLE STUDIES, INC.** |

PLEASE TAKE NOTICE that on February 26, 2020, Plaintiffs and Defendants Comscore, Inc. and Full Circle Studies, Inc. (collectively, "Comscore"), after a full-day mediation with Magistrate Judge Jay Gandhi (Ret.), on February 5, 2020, and after weeks of further direct negotiations, executed a term sheet for the settlement of all of Plaintiffs' claims against

1 | Comscore.  Plaintiffs and Comscore are working on finalizing settlement documentation
2 | forthwith.
3 |
4 | Dated: February 27, 2020           Respectfully Submitted,
5 |                                     */s/ Michael W. Sobol*
6 |                                     Michael W. Sobol (SBN 194857)
                                        msobol@lchb.com
7 |                                     Michael K. Sheen (SBN 288284)
                                        msheen@lchb.com
8 |                                     Facundo Bouzat  (SBN 316957)
                                        fbouzat@lchb.com
9 |                                     LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                        275 Battery Street, 29th Floor
10|                                     San Francisco, CA  94111-3339
                                        Telephone:  415.956.1000
11|                                     Facsimile:  415.956.1008

12|                                     Nicholas Diamand
                                        ndiamand@lchb.com
13|                                     Douglas I. Cuthbertson
                                        dcuthbertson@lchb.com
14|                                     Sean Petterson
                                        spetterson@lchb.com
15|                                     LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                        250 Hudson Street, 8th Floor
16|                                     New York, NY  10013-1413
                                        Telephone:  212.355.9500
17|                                     Facsimile:  212.355.9592

18|                                     Hank Bates (State Bar No. 167688)
                                        hbates@cbplaw.com
19|                                     Allen Carney
                                        acarney@cbplaw.com
20|                                     David Slade
                                        dslade@cbplaw.com
21|                                     CARNEY BATES & PULLIAM, PLLC
                                        519 W. 7th St.
22|                                     Little Rock, AR 72201
                                        Telephone:  501.312.8500
23|                                     Facsimile:  501.312.8505

24|                                     *Attorneys for Plaintiffs and the Proposed Classes*
25|
26|
27|
28|

Dated: February 27, 2020            */s/ Celeste M. Brecht*

        Celeste M. Brecht
        Sarah E. Diamond
        VENABLE LLP
        2049 Century Park East, Suite 2300
        Los Angeles, CA 90067
        Telephone: + 1 (310) 229-9900
        Facsimile: + 1 (310) 229-9901
        Email: cmbrecht@venable.com
        Email: sediamond@venabl.com

        Edward P. Boyle
        John C. Vazquez
        VENABLE LLP
        1270 Avenue of the Americas
        New York, NY 10020
        Telephone: + 1 (212) 808-5675
        Facsimile: + 1 (212) 307-5598
        Email: epboyle@venable.com
        Email: jcvazquez@venable.com

*Attorneys for Defendants Comscore, Inc. and Full Circle Studios, Inc.*

## **ATTESTATION**

I, Michael W. Sobol, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 27, 2020         By:   */s/ Michael W. Sobol*
                                              Michael W. Sobol