**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Michael K. Sheen (SBN 288284)
msheen@lchb.com
Facundo Bouzat (SBN 316957)
fbouzat@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Nicholas Diamand
ndiamand@lchb.com
Douglas I. Cuthbertson
dcuthbertson@lchb.com
Sean Petterson
spetterson@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:  212.355.9592

**CARNEY BATES & PULLIAM, PLLC**
Hank Bates (SBN 167688)
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
519 West 7th St.
Little Rock, AR 72201
Telephone:  501.312.8500
Facsimile:  501.312.8505

*Attorneys for Plaintiffs individually and on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMANDA RUSHING, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>　　　　　　　Defendants. | Case No. 3:17-cv-04419-JD<br><br>**JOINT NOTICE OF SETTLEMENT OF PLAINTIFFS AND DISNEY DEFENDANTS** |

PLEASE TAKE NOTICE that on April 2, 2020, Plaintiffs and Defendants The Walt Disney Company, Disney Enterprises, Inc., and Disney Electronic Content, Inc. (collectively "Disney"), after a full-day mediation with Magistrate Judge Jay Gandhi (Ret.), on February 5, 2020, and after weeks of further direct negotiations, agreed to a term sheet for the settlement of all of Plaintiffs' claims against Disney.  Plaintiffs and Disney are working on finalizing settlement

1  documentation forthwith.

Dated: April 2, 2020                     Respectfully Submitted,

                                           */s/ Hank Bates*
Hank Bates (State Bar No. 167688)
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 W. 7th St.
Little Rock, AR 72201
Telephone:  501.312.8500
Facsimile:  501.312.8505

Michael W. Sobol (SBN 194857)
msobol@lchb.com
Michael K. Sheen (SBN 288284)
msheen@lchb.com
Facundo Bouzat (SBN 316957)
fbouzat@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Nicholas Diamand
ndiamand@lchb.com
Douglas I. Cuthbertson
dcuthbertson@lchb.com
Sean Petterson
spetterson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:  212.355.9592

*Attorneys for Plaintiffs and the Proposed Classes*

| | | |
|---|---|---|
| 1 | Dated: April 2, 2020 |   */s/ James G. Snell* |

JAMES G. SNELL (Bar No. 173070)
JULIE E. SCHWARTZ (Bar No. 260624)
ANNA C. MOURLAM (Bar No. 312015)
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: + 1 (650) 838-4300
Facsimile: + 1 (250) 838-4350
Email: JSnell@perkinscoie.com
Email: JSchwartz@perkinscoie.com
Email: AMourlam@perkinscoie.com

*Attorneys for Defendants Twitter, Inc. and MoPub, Inc.*

## **ATTESTATION**

I, Hank Bates, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 2, 2020              By:  */s/ Hank Bates*
                                       Hank Bates