MICHAEL W. SOBOL (State Bar No. 194857)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Attorneys for Plaintiffs individually and on
behalf of all others similarly situated

*(Additional counsel listed on signature pages)*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| AMANDA RUSHING, et al., <br>    Plaintiffs, <br><br> v. <br><br> THE WALT DISNEY COMPANY, et al., <br>    Defendants. | Civil Case No.: 3:17-cv-04419-JD <br><br> **JOINT STIPULATION OF CESSATION OF MOTIONS PRACTICE PENDING THE FILING OF MOTION FOR APPROVAL OF SETTLEMENT** |

1962839.1

JOINT STIPULATION OF CESSATION OF MOTIONS PRACTICE
PENDING THE FILING OF MOTION FOR APPROVAL OF
SETTLEMENT AND [PROPOSED] ORDER
CASE NO. 3:17-CV-04419-JD

1    Plaintiffs Amanda Rushing, Ashley Supernault, Ted Poon, and Julie Remold ("Plaintiffs")

2    and Defendants The Walt Disney Company, Disney Enterprises, Inc., Disney Electronic Content,

3    Inc., (collectively "Disney"); MoPub Inc., Twitter, Inc. (collectively "Twitter"); Comscore, Inc.,

4    Full Circle Studies, Inc. (collectively, "Comscore"); Upsight, Inc., and Unity Technologies SF

5    ("Defendants") (collectively, "the Parties"), each having come to an agreement to settle the

6    above-captioned action ("Action"), hereby stipulate to the cessation of all motions practice

7    pending the filing of a Motion for Approval of Settlement to the Court, and request the Court to

8    enter an order, as follows:

9    WHEREAS, Plaintiffs and Defendants have agreed to settle this action, have agreed to

10    term sheets, and have filed Notices of Settlement with the Court as to Disney, Twitter, Comscore,

11    Unity, and Upsight, respectively (*see* Dkts. 141-143, 145-146); and

12    WHEREAS, the Parties are currently in the process of finalizing and/or executing

13    Settlement Agreements;

14    IT IS HEREBY STIPULATED AND AGREED TO:

15    1.    The Parties will cease litigating this Action, and all motions practice—including

16    but not limited to Plaintiffs' pending Motion for Class Certification—is suspended.

17    Dated: April 2, 2020          Respectfully submitted,

18                     By:    */s/ Michael W. Sobol*

19                        Michael W. Sobol (SBN 194857)
msobol@lchb.com
Michael K. Sheen (SBN 288284)
msheen@lchb.com
Facundo Bouzat  (SBN 316957)
fbouzat@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN,
  LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: + 1 (415) 956-1000
Facsimile: + 1 (415) 956-1008
Email: msobol@lchb.com
Email: fbouzat@lchb.com

NICHOLAS DIAMAND
DOUGLAS I. CUTHBERTSON
SEAN PETTERSON
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: + 1 (212) 355-9500
Facsimile: + 1 (212) 355-9592
Email: ndiamand@lchb.com
Email: dcuthbertson@lchb.com
Email: spetterson@lchb.com

HANK BATES
ALLEN CARNEY
DAVID SLADE
CARNEY BATES & PULLIAM, PLLC
519 West 7th Street
Little Rock, AR 72201
Telephone: + 1 (501) 312-8500
Facsimile: + 1 (501) 312-8505
Email: hbates@cbplaw.com
Email: acarney@cbplaw.com
Email:  dslade@cbplaw.com

*Attorneys for Plaintiffs*

By:     */s/ Jonathan H. Blavin*
        JONATHAN H. BLAVIN (State Bar No. 230269)
        jonathan.blavin@mto.com
        ROSEMARIE T. RING (State Bar No. 220769)
        rose.ring@mto.com
        JORDAN SEGAL (State Bar No. 281102)
        MUNGER, TOLLES & OLSON LLP
        560 Mission Street, 27th Floor
        San Francisco, California 94105
        Telephone: (415) 512-4000

        GLENN D. POMERANTZ (State Bar No. 112503)
        glenn.pomerantz@mto.com
        JORDAN D. SEGALL (State Bar No. 281102)
        jordan.segall@mto.com
        NEFI D. ACOSTA (State Bar No. 311178)
        nefi.acosta@mto.com
        MUNGER, TOLLES & OLSON LLP
        350 South Grand Avenue, 50th Floor
        Los Angeles, California 90071-3426
        Telephone: (213) 683-9100
        Facsimile: (213) 687-3702

*Attorneys Defendants The Walt Disney*
*Company, Disney Enterprises Inc., and Disney*
*Electronic Content Inc.*

1962839.1

- 2 -

1

2

By:     _/s/ Matthew D. Brown_
MATTHEW D. BROWN (Bar No. 196972)

3
BENJAMIN H. KLEINE (Bar No. 257225)
AMY M. SMITH (Bar No. 287813)

4
KELLY E. FABIAN (Bar No. 310359)
COOLEY LLP

5
101 California Street, 5th Floor
San Francisco, CA 94111-5800

6
Telephone: + 1 (415) 693-2000

7
Facsimile: + 1 (415) 693-2222
Email: brownmd@cooley.com

8
Email: bkleine@cooley.com
Email: amsmith@cooley.com

9
Email: kfabian@cooley.com

10
***Attorneys for Defendant Upsight, Inc.***

11

By:     _/s/ Sylvia Rivera_

12
SYLVIA RIVERA (Bar No. 223203)
DAVID F. MCDOWELL (Bar No. 125806)

13
PURVI G. PATEL (Bar No. 270702)
NEIL S. TYLER (Bar No. 3017109)

14
MORRISON & FOERSTER LLP

15
707 Wilshire Boulevard
Los Angeles, CA 90017-3543

16
Telephone: + 1 (213) 892-5200
Facsimile: + 1 (213) 892-5454

17
Email: srivera@mofo.com

18
Email: DMcDowell@mofo.com
Email: PPatel@mofo.com

19
Email: ntyler@mofo.com

20
JULIE O'NEILL (admitted *pro hac vice*)

21
MORRISON & FOERSTER LLP
200 Clarendon Street, Floor 20

22
Boston, MA 02116
Telephone: + 1 (617) 648-4700

23
Facsimile: + 1 (617) 830-0142
Email: JONeill@mofo.com

24

25
***Attorneys for Defendant Unity Technologies SF***

26

27

28

- 3 -

By:     /s/ James G. Snell
JAMES G. SNELL (Bar No. 173070)
JULIE E. SCHWARTZ (Bar No. 260624)
ANNA C. MOURLAM (Bar No. 312015)
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: + 1 (650) 838-4300
Facsimile: + 1 (250) 838-4350
Email: JSnell@perkinscoie.com
Email: JSchwartz@perkinscoie.com
Email: AMourlam@perkinscoie.com

*Attorneys for Defendants Twitter, Inc. and MoPub, Inc.*

By:     /s/ Celeste M. Brecht
CELESTE M. BRECHT
SARAH DIAMOND
VENABLE LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: + 1 (310) 229-9900
Facsimile: + 1 (310) 229-9901
Email: cmbrecht@venable.com
Email: sediamond@venable.com

EDWARD P. BOYLE
JOHN C. VAZQUEZ
VENABLE LLP
1270 Avenue of the Americas
New York, NY 10020
Telephone: + 1 (212) 808-5675
Facsimile: + 1 (212) 307-5598
Email: epboyle@venable.com
Email:jcvazquez@venable.com

*Attorneys for Defendants Comscore, Inc., Full Circle Studies, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

Civil Case No.: 3:17-cv-04419-JD

AMANDA RUSHING,
     Plaintiff,

     v.

THE WALT DISNEY COMPANY, et al.,
     Defendants.

**[PROPOSED] ORDER RE: CESSATION OF MOTIONS PRACTICE PENDING THE**
**FILING OF MOTION FOR APPROVAL OF SETTLEMENT**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:

_____

_____
Hon. James Donato
United States District Judge

1

**ATTESTATION REGARDING SIGNATURES**

2

I, Michael W. Sobol, attest that all signatories listed, and on whose behalf the filing is

3

submitted, concur in the filing's content and have authorized the filing.

4

5

DATED: April 2, 2020                                      By:   _/s/ Michael W. Sobol_____

                                                                   Michael W. Sobol

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1962839.1