UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: December 17, 2020 　　　　　　　　　　　　　　Judge: Hon. James Donato

Time: 11 Minutes

Case No.　　C-17-04344-JD McDonald et al v. Kiloo ApS et al
　　　　　　C-17-04419-JD Rushing et al v. The Walt Disney Company et al
　　　　　　C-17-04492-JD Rushing et al v. ViacomCBS Inc. et al

Attorney(s) for Plaintiff(s):　　Douglas Cuthbertson/Allen Carney
Attorney(s) for Defendant(s):　Tyler Newby/Quynh K. Vu/Jordan Segall/Celeste M. Brecht/
　　　　　　　　　　　　　　Kasonni M. Scales/Jacob Sommer/ Raghav Krishnapriyan/
　　　　　　　　　　　　　　Benjamin Kleine/Sylvia Rivera/Kathryn Cahoy/
　　　　　　　　　　　　　　David R. Singh/Benjamin P. Smith/Jim Snell

Deputy Clerk: Lisa R. Clark　　　　　　　　　　　　　　Court Reporter: Debbie Pas

PROCEEDINGS

Final Approval Hearing -- Held (by Zoom)

NOTES AND ORDERS

The Court will issue an order granting plaintiffs' motion for final approval of class action settlements. Dkt. No. 383 (Case No. 17-4344).

For plaintiffs' motion for awards of attorneys' fees, reimbursements of expenses, and service awards, Dkt. No. 372, the Court hears argument on defendants' oppositions to the motion. The motion is taken under submission and the Court will issue an order. The parties are encouraged to continue their efforts to reach voluntary resolutions of their disputes in the meantime. The parties must promptly inform the Court of any resolutions reached.