| | |
|---|---|
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Michael K. Sheen (SBN 288284)<br>msheen@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Nicholas Diamand<br>ndiamand@lchb.com<br>Douglas I. Cuthbertson<br>dcuthbertson@lchb.com<br>Sean Petterson<br>spetterson@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: 212.355.9500<br>Facsimile: 212.355.9592 | **CARNEY BATES & PULLIAM, PLLC**<br>Hank Bates (SBN 167688)<br>hbates@cbplaw.com<br>Allen Carney<br>acarney@cbplaw.com<br>David Slade<br>dslade@cbplaw.com<br>519 West 7th St.<br>Little Rock, AR 72201<br>Telephone: 501.312.8500<br>Facsimile: 501.312.8505 |

*Attorneys for Plaintiffs and the Proposed Classes*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMANDA RUSHING, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>         Defendants. | Case No.: 3:17-cv-04419-JD<br><br>**NOTICE OF LODGING OF PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR AWARDS OF ATTORNEYS' FEES, REIMBURSEMENTS OF EXPENSES, AND SERVICE AWARDS AS TO THE *DISNEY* ACTION** |

On September 24, 2020, this Court granted preliminary approval of five Class Action Settlement Agreements (the "Settlements") and conditionally certified the settlement classes under Rule 23(b)(2) in the above-captioned action (the "Action"). *See McDonald v. Kiloo A/S*, No. 3:17-cv-04344-JD ("*Kiloo*"), Dkt. 371.  In accordance with the Settlement terms, on October 8, 2020, Plaintiffs filed a Motion for Awards of Attorneys' Fees, Reimbursements of Expenses, and Service Awards. *Kiloo*, Dkt. 372 ("Fee Motion").  No Defendants and no class members in this Action have opposed or objected to Plaintiffs' Fee Motion.  On December 17, 2020, this Court held a hearing on the Fee Motion and took the matter under submission. *See Kiloo*, Dkt. 396.

Plaintiffs hereby lodge with the Court the attached Proposed Order granting the Fee Motion as to all parties in this Action.

Dated: December 21, 2020   /s/ Michael W. Sobol

Michael W. Sobol (SBN 194857)
msobol@lchb.com
Michael K. Sheen (SBN 288284)
msheen@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Nicholas Diamand (admitted *pro hac vice*)
ndiamand@lchb.com
Douglas I. Cuthbertson (admitted *pro hac vice*)
dcuthbertson@lchb.com
Sean Petterson (admitted *pro hac vice*)
spetterson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:  212.355.9592

|    |    |
|----|----|
| 1  | Hank Bates (State Bar No. 167688) |
|    | hbates@cbplaw.com |
| 2  | Allen Carney (admitted *pro hac vice*) |
|    | acarney@cbplaw.com |
| 3  | David Slade (admitted *pro hac vice*) |
|    | dslade@cbplaw.com |
| 4  | CARNEY BATES & PULLIAM, PLLC |
|    | 519 W. 7th St. |
| 5  | Little Rock, AR 72201 |
|    | Telephone: 501.312.8500 |
| 6  | Facsimile: 501.312.8505 |
| 7  | *Attorneys for Plaintiffs* |